UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| STEVEN HOFER,<br><br>                    Plaintiff,<br><br>     vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY,<br><br>                    Defendant. | 4:15-CV-04181-KES<br><br><br>PROTECTIVE ORDER |

On July 25, 2016, the parties filed a Joint Motion for Protection Order concerning confidential information. Docket 24. The court has considered the motion and finds the requested protective order to be consistent with the purposes of Fed. R. Civ. P. 26(c). Therefore, it is

ORDRED that documents produced by either party in this litigation are to be protected pursuant to the Joint Motion.

Dated July 25, 2016.

                              BY THE COURT:

                              /s/ *Karen E. Schreier*
                              _____

                              KAREN E. SCHREIER
                              UNITED STATES DISTRICT JUDGE