# May & Johnson, P.C.

6805 S. Minnesota Avenue
P.O. Box 88738
Sioux Falls, SD 57109-8738
Phone (605) 336-2565   Fax (605) 336-2604
Tax ID 46-0339460

April 7, 2016

Billed through 03/31/16

INVOICE #   11925 -   00304   - 30972   MJA

Garrett Brandenburger
Claims Attorney III
United Financial Casualty Co.
10929 Disk Dr.
Rancho Cordova, CA 95670

Insured: Hofer Transport, LLC
DOL: 1/19/13
Claim No: 13-4802882
Policy No: 08473611-0
Insured: Driver/Plaintiff: Steven Hofer

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/01/16 | MJA | Additional research regarding plaintiff's request for additional information related to client's employees employment files and ability to protect client's employees employment files<br>L310   A102 | 0.70 hrs |
| 03/01/16 | MJA | Draft letter to plaintiff's counsel responding to plaintiff's 2 separate letters identifying numerous items plaintiff is requesting that client supplement related to plaintiff's discovery requests and explain client's prior responses to plaintiff's counsel and client's position regarding claims of privilege for work product documents and attorney client privilege documents<br>L310   A103 | 2.20 hrs |
| 03/02/16 | MJA | Revise client's privilege log providing more detail to client's claims of privileges for work product in anticipation of litigation and attorney client communications per request of plaintiff's counsel<br>L310   A103 | 0.80 hrs |

EXHIBIT A
Blumberg No. 5192

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/02/16 | MJA | Continue drafting letter to plaintiff's counsel responding to request from plaintiff's counsel to supplement prior discovery responses and clarify privilege objections<br>L310    A103 | 0.80 hrs |
| 03/03/16 | MJA | Review 2011 IME report of Dr Segal as forwarded by Garrett Brandenburger of Progressive in anticipation of producing same per plaintiff's discovery request for prior work of Dr Segal for United<br>L340    A104 | 0.30 hrs |
| 03/03/16 | MJA | Revise stipulation for protective order into joint motion for protective order as requested by plaintiff's counsel<br>L320    A103 | 0.30 hrs |
| 03/03/16 | MJA | Phone conf with Garrett Brandenburger at United regarding proposed edits to draft of letter responding to plaintiff's request that client supplement prior discovery responses<br>L310    A106 | 0.20 hrs |
| 03/03/16 | MJA | Make edits to response letter to plaintiff's counsel regarding supplements to client's prior discovery responses based upon phone conversation with Brandenburger<br>L310    A103 | 0.50 hrs |
| 03/04/16 | MJA | Draft e-mail to plaintiff's counsel regarding client's responses to plaintiff's request that client supplement discovery<br>L310    A107 | 0.20 hrs |
| 03/11/16 | MJA | Review plaintiff's 5 page letter and authority cited by plaintiff regarding request for client to supplement prior discovery responses<br>L310    A104 | 0.40 hrs |
| 03/14/16 | MJA | Review e-mail from Garrett Brandenburger at Progressive responding to plaintiff's 3/11 letter in which plaintiff requested that client supplement written discovery<br>L310    A104 | 0.30 hrs |
| 03/15/16 | MJA | Begin drafting lengthy letter to plaintiff's counsel responding to plaintiff counsel's 3/11 letter requesting that client supplement written discovery requests in an effort to avoid motion to compel by plaintiff<br>L310    A103 | 1.80 hrs |
| 03/16/16 | MJA | Revise client's privilege log based upon supplements to written discovery being produced to plaintiff<br>L320    A103 | 0.70 hrs |
| 03/16/16 | MJA | Phone conf with Garrett Brandenburger at Progressive regarding edits to proposed letter responding to plaintiff's request that client supplement discovery responses<br>L310    A106 | 0.20 hrs |
| 03/17/16 | MJA | Make additional edits to letter to plaintiff's counsel responding to plaintiff's request that client supplement discovery responses in an effort to avoid motion to compel hearing based upon recent conversation with Garrett Brandenburger and make additional redactions to client's claim notes that are being produced as supplements to client's document production<br>L310    A103 | 0.80 hrs |

Total fees for this matter

BILLING SUMMARY

  Arndt, Mark J.

  TOTAL FEES

  6% SALES TAX ON FEES

# May & Johnson, P.C.

6805 S. Minnesota Avenue
P.O. Box 88738
Sioux Falls, SD 57109-8738
Phone (605) 336-2565  Fax (605) 336-2604
Tax ID 46-0339460

May 17, 2016

Billed through 04/30/16

INVOICE #   11925 -   00304   - 31126   MJA

Garrett Brandenburger
Claims Attorney III
United Financial Casualty Co.
10929 Disk Dr.
Rancho Cordova, CA 95670

Insured: Hofer Transport, LLC
DOL: 1/19/13
Claim No: 13-4802882
Policy No: 08473611-0
Insured: Driver/Plaintiff: Steven Hofer

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/14/16 | MJA | Review plaintiff's 4/13 letter requesting supplemental discovery responses and draft e-mail to Garrett Brandenburger at Progressive forwarding same and briefly discuss strategy to respond to plaintiff's additional discovery requests<br>L310    A106 | 0.40 hrs |
| 04/20/16 | MJA | Phone conf with plaintiff's counsel regarding plaintiff's request that client continue to supplement discovery responses<br>L310    A107 | 0.20 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/20/16 | MJA | Phone conf with Garrett Brandenburger at Progressive regarding strategy to respond to plaintiff's request for additional supplements to client's written discovery and various privilege claims<br>L310   A106 | 0.40 hrs |
| 04/21/16 | MJA | Begin drafting letter responding to plaintiff's counsel's request that client supplement additional discovery<br>L310   A103 | 2.40 hrs |
| 04/21/16 | MJA | Conduct additional research regarding South Dakota Federal District Court rulings in discovery disputes to support drafting response letter to plaintiff's counsel requesting that client supplement discovery and withdraw privilege claims<br>L310   A102 | 1.80 hrs |
| 04/21/16 | MJA | Begin revising client's privilege log to supplement client's prior discovery responses and clarify privilege claims<br>L320   A103 | 0.70 hrs |
| 04/22/16 | MJA | Research information in claims notes regarding producing additional discovery information regarding client's reserves during period of time between contact with plaintiff's counsel until plaintiff's counsel began litigation and consider privilege claims based upon work product doctrine and exchange e-mails with Garrett Brandenburger regarding same<br>L320   A104 | 0.70 hrs |
| 04/22/16 | MJA | Finalize letter to plaintiff's counsel responding to plaintiff's request that client supplement discovery responses and clarify privilege claims<br>L310   A103 | 0.50 hrs |
| 04/25/16 | MJA | Extended phone conf with plaintiff's counsel regarding attempts to resolve ongoing discovery disputes regarding various documents plaintiff is requesting that client produce<br>L320   A107 | 0.40 hrs |

Total fees for this matter

BILLING SUMMARY

Arndt, Mark J.

TOTAL FEES

6% SALES TAX ON FEES

# May & Johnson, P.C.
6805 S. Minnesota Avenue
P.O. Box 88738
Sioux Falls, SD 57109-8738
Phone (605) 336-2565  Fax (605) 336-2604
Tax ID 46-0339460

June 8, 2016

Billed through   05/31/16

INVOICE #   11925 -   00304   - 31304   MJA

Garrett Brandenburger
Claims Attorney III
United Financial Casualty Co.
10929 Disk Dr.
Rancho Cordova, CA  95670

Insured:  Hofer Transport, LLC
DOL: 1/19/13
Claim No: 13-4802882
Policy No: 08473611-0
Insured: Driver/Plaintiff:  Steven Hofer

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/01/16 | MJA | Review plaintiff's counsel's 4/29 letter regarding ongoing discovery production request by plaintiff's counsel<br>L310    A104 | 0.10 hrs |
| 05/01/16 | MJA | Draft letter to plaintiff's counsel responding to plaintiff's 4/29 letter regarding plaintiff's request that client supplement discovery responses<br>L310    A103 | 0.30 hrs |
| 05/02/16 | MJA | Exchange e-mails with Garrett Brandenburger regarding ongoing discovery dispute with plaintiff's counsel and strategy to resolve discovery dispute<br>L310    A106 | 0.20 hrs |
| 05/02/16 | MJA | Exchange e-mails with plaintiff's counsel regarding specifics of plaintiff's request that client continue to supplement discovery responses<br>L310    A107 | 0.20 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/02/16 | MJA | Exchange e-mails with Garrett Brandenburger at Progressive regarding list of Progressive employees in which Progressive is willing to voluntarily disclose portions of employment files<br>L320   A106 | 0.20 hrs |
| 05/02/16 | MJA | Exchange e-mails with plaintiff's counsel regarding list of United employees for which client is willing to voluntarily produce portions of employment file<br>L320   A107 | 0.20 hrs |
| 05/03/16 | MJA | Exchange e-mails with plaintiff's counsel regarding additional attempts to resolve discovery dispute<br>L310   A107 | 0.20 hrs |
| 05/03/16 | DAG | Research issues relating to plaintiff's bad faith discovery request; specifically, authority regarding discoverable information regarding client's employees' personnel files<br>L310   A102 | 2.60 hrs |
| 05/16/16 | MJA | Review 21-page Brief from Plaintiff's counsel regarding Plaintiff's Motion to Compel<br>L350   A104 | 0.60 hrs |
| 05/16/16 | MJA | Research authority cited by Plaintiff's counsel in Plaintiff's Brief regarding Plaintiff's Motion to Compel<br>L350   A102 | 0.60 hrs |
| 05/16/16 | MJA | Review Plaintiff's counsel Affidavit and multiple attachments in support of Plaintiff's Motion to Compel<br>L350   A104 | 1.40 hrs |
| 05/16/16 | MJA | Draft e-mail to Garrett Brandenburg at Progressive forwarding Anspach case with explanation regarding alternative method to satisfy Plaintiff's request for employee's personnel file<br>L320   A106 | 0.30 hrs |
| 05/18/16 | MJA | Draft Facts section of client's Brief in Opposition to Plaintiff's Motion to Compel<br>L350   A103 | 2.50 hrs |
| 05/18/16 | MJA | Participate in conference call with Garrett Brandenburg of Progressive regarding strategy to respond to Plaintiff's Motion to Compel<br>L350   A106 | 0.60 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/20/16 | DAG | Begin drafting argument section in brief in opposition to motion to compel<br>L350    A103 | 2.40 hrs |
| 05/23/16 | DAG | Continue drafting arguments section in Brief in Opposition to Motion to Compel<br>L350    A103 | 1.10 hrs |
| 05/25/16 | DAG | Research ND statutes regarding PIP benefits and rights of insurer obtaining medical exam relating thereto, in order to support Brief in Opposition to Motion to Compel<br>L350    A102 | 0.90 hrs |
| 05/25/16 | DAG | Research case law to suggest that insurer has right to select docter for IME to support Brief in Opposition to Motion to Compel<br>L350    A102 | 0.90 hrs |
| 05/25/16 | DAG | Continue drafting Brief in Opposition to Plaintiff's Motion to Compel<br>L350    A103 | 2.10 hrs |
| 05/27/16 | MJA | Continue revising DAG draft of client's brief in opposition to plaintiff's motion to compel<br>L350    A103 | 3.20 hrs |
| 05/31/16 | MJA | Continue drafting client's brief in opposition to plaintiff's motion to compel<br>L350    A103 | 1.90 hrs |

Total fees for this matter

BILLING SUMMARY

Grennan, David A.
Arndt, Mark J.

TOTAL FEES

6.5% SALES TAX ON FEES

TOTAL CHARGES FOR THIS BILL

NET BALANCE FORWARD

**TOTAL BALANCE NOW DUE**

# May & Johnson, P.C.

6805 S. Minnesota Avenue
P.O. Box 88738
Sioux Falls, SD 57109-8738
Phone (605) 336-2565  Fax (605) 336-2604
Tax ID 46-0339460

July 14, 2016

Billed through 06/30/16

INVOICE #   11925 -   00304   - 31462   MJA

Garrett Brandenburger
Claims Attorney III
United Financial Casualty Co.
10929 Disk Dr.
Rancho Cordova, CA 95670

Insured: Hofer Transport, LLC
DOL: 1/19/13
Claim No: 13-4802882
Policy No: 08473611-0
Insured: Driver/Plaintiff: Steven Hofer

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/01/16 | MJA | Conduct additional research regarding new Rule 26 proportionality standards for discovery to be included in client's brief in opposition to plaintiff's motion to compel<br>L350    A102 | 2.80 hrs |
| 06/01/16 | MJA | Continue drafting client's brief in opposition to plaintiff's motion to compel<br>L350    A103 | 2.40 hrs |
| 06/02/16 | MJA | Continue drafting client's brief in opposition to plaintiff's motion to compel including detailing facts section of brief with specific citations to claim notes regarding plaintiff's lack of apparent injury soon after motor vehicle accident and plaintiff's sporadic treatment for first few months following motor vehicle accident<br>L350    A103 | 2.80 hrs |
| 06/02/16 | MJA | Draft affidavit of defense counsel and organize exhibits in support of client's opposition to plaintiff's motion to compel<br>L350    A103 | 1.50 hrs |
| 06/02/16 | MJA | Continue drafting remainder of client's brief including arguments related to plaintiff's request for additional information from client's medical expert witness<br>L350    A103 | 0.80 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/03/16 | MJA | Finalize drafting client's brief in opposition to plaintiff's motion to compel and organize exhibits to be attached to affidavit in support of opposition to motion to compel and e-file brief and affidavit with exhibits<br>L350    A103 | 2.80 hrs |
| 06/30/16 | MJA | Exchange e-mails with Judge Schreier and plaintiff's counsel regarding court's request to schedule telephonic hearing regarding plaintiff's motion to compel on 7/21<br>L350    A108 | 0.10 hrs |

Total fees for this matter

BILLING SUMMARY

Arndt, Mark J.

TOTAL FEES

6.5% SALES TAX ON FEES

TOTAL CHARGES FOR THIS BILL

NET BALANCE FORWARD

**TOTAL BALANCE NOW DUE**