# JOHNSON, JANKLOW, ABDALLAH, REITER & PARSONS, LLP

101 South Main Avenue, Suite 100
Sioux Falls, SD 57104
or
P.O. Box 2348
Sioux Falls, SD 57101-2348

(605) 338-4304
Fax (605) 338-4162
www.janklowabdallah.com
*Tax ID # 46-0418775*

August 15, 2016

*Invoice submitted to:*

**Mr. Steve Hofer**
3309 South Fernwood Avenue
Sioux Falls, SD 57110

In Reference To: Client Code #247

*Invoice #30550*

Attorney:   Scott Abdallah

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/22/2016 | SA | Review Initial Disclosures; telephone call with Attorney Arndt regarding claims notes; letter to Attorney Arndt regarding same; legal research regarding same | 1.50 300.00/hr | $450.00 |
| | DD | Add case law to Attorney Scott Abdallah's letter regarding Rule 26 Disclosures | 0.90 200.00/hr | $180.00 |
| 2/23/2016 | JP | Review emails from co-counsel regarding discovery; emails to co-counsel regarding same | 0.10 95.00/hr | $9.50 |
| | SA | Review claims file; review discovery responses | 5.10 300.00/hr | $1,530.00 |
| | DD | Review emails from Attorney Scott Abdallah | 0.20 200.00/hr | $40.00 |
| 2/24/2016 | JP | Review emails from Attorney Scott Abdallah regarding counsel letter and discovery; revise letter to opposing counsel regarding same; emails to Attorney Delia Druley regarding same; finalize discovery requests for Attorney Scott Abdallah's review and signature; draft letter to opposing counsel for Attorney Scott Abdallah's review and signature regarding same | 1.50 95.00/hr | $142.50 |
| | SF | Conference with Attorney Scott Abdallah regarding Motion to Compel; review additional discovery requests | 1.00 250.00/hr | $250.00 |
| | SA | Continue review of claims notes; work on second set of discovery responses; work on letter to Attorney Arndt regarding incomplete discovery responses; telephone call with Attorney Lovrien regarding status of case and strategy | 5.30 300.00/hr | $1,590.00 |



EXHIBIT
A

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/25/2016 | SA | Work on letter to Attorney Arndt regarding discovery deficiencies; work on discovery issues | 1.70 300.00/hr | $510.00 |
| | JP | Conference with Attorney Scott Abdallah regarding discovery; revise same for Attorney Scott Abdallah's review and signature; email to opposing counsel regarding same | 0.60 95.00/hr | $57.00 |
| | DD | Research and add case law to discovery; set up letter to Attorney Mark Arndt; edit and revise same | 0.80 200.00/hr | $160.00 |
| 2/26/2016 | JP | Review email from opposing counsel regarding discovery | 0.10 95.00/hr | $9.50 |
| 3/4/2016 | SA | Review letter from Attorney Arndt regarding discovery dispute; follow up regarding same | 0.40 300.00/hr | $120.00 |
| 3/7/2016 | SA | Work on responses to Attorney Arndt regarding discovery dispute | 1.10 300.00/hr | $330.00 |
| 3/8/2016 | DD | Review letter from Attorney Mark Arndt regarding discovery | 0.30 200.00/hr | $60.00 |
| 3/9/2016 | DD | Review case law cited by Attorney Mark Arndt in letter | 0.40 200.00/hr | $80.00 |
| 3/10/2016 | SA | Work on letter to Attorney Arndt regarding discovery dispute | 0.50 300.00/hr | $150.00 |
| | DD | Review case law cited by defense counsel in discovery letter; research and draft response letter regarding discovery requests | 3.50 200.00/hr | $700.00 |
| 3/11/2016 | SF | Review and edit letter in Support of Motion to Compel; conference with Attorney Scott Abdallah regarding same; conference with Attorney Delia Druley regarding same; review revisions to letter; follow up conference with Attorney Scott Abdallah regarding same | 1.00 250.00/hr | $250.00 |
| | JP | Review emails from Attorney Delia Druley and Attorney Scott Abdallah regarding counsel letter; revise same for Attorney Scott Abdallah's review | 0.20 95.00/hr | $19.00 |
| | SA | Work on issues regarding discovery dispute; revise letter to Attorney Arndt | 1.70 300.00/hr | $510.00 |
| | DD | Edit and revise letter regarding discovery dispute; email to Jennifer Pravecek and Attorney Scott Abdallah regarding same; conference with Attorney Shannon Falon regarding same | 1.10 200.00/hr | $220.00 |
| 3/18/2016 | SF | Emails with Attorney Scott Abdallah and Attorney Brett Lovrien regarding Defendant's discovery responses; conference with Attorney Scott Abdallah regarding same | 0.30 250.00/hr | $75.00 |
| | SA | Review letter from Attorney Arndt with supplemental discovery responses; follow up regarding same; update Attorney Lovrien regarding same | 2.80 300.00/hr | $840.00 |
| 3/21/2016 | SF | Conference with Attorney Scott Abdallah regarding discovery disputes; emails with Attorney Scott Abdallah and Attorney Brett Lovrien regarding same | 0.20 250.00/hr | $50.00 |
| 3/22/2016 | SA | Prepare letter to Attorney Arndt regarding discovery issues; follow up regarding same | 0.80 300.00/hr | $240.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/23/2016 | SF | Emails with Attorney Scott Abdallah regarding discovery disputes; review letters regarding same | 0.50 250.00/hr | $125.00 |
| 3/24/2016 | JP | Review emails from opposing counsel regarding discovery; review email from Attorney Scott Abdallah regarding same | 0.10 95.00/hr | $9.50 |
| | SF | Emails with Attorney Scott Abdallah regarding discovery issues; research regarding same; review file regarding same | 0.50 250.00/hr | $125.00 |
| | SA | Review and respond to request for discovery extension | 0.10 300.00/hr | $30.00 |
| 3/25/2016 | SA | Work on issues regarding Defendant's incomplete discovery responses | 0.40 300.00/hr | $120.00 |
| 3/27/2016 | DD | Review March 17 letter from Attorney Mark Arndt | 0.30 200.00/hr | $60.00 |
| 4/5/2016 | SA | Review supplemental discovery responses; follow up regarding same | 0.70 300.00/hr | $210.00 |
| | SF | Review Defendant's responses to second set of discovery requests; conference with Attorney Scott Abdallah regarding same | 0.50 250.00/hr | $125.00 |
| 4/11/2016 | SA | Work on issues regarding discovery dispute | 0.60 300.00/hr | $180.00 |
| | SF | Review file to work on discovery issues; legal research regarding same; conference with Attorney Scott Abdallah regarding same | 1.50 250.00/hr | $375.00 |
| 4/12/2016 | SF | Review file; legal research regarding discovery issues; draft letter to Attorney Mark Arndt regarding same; conference with Attorney Scott Abdallah regarding same | 6.50 250.00/hr | $1,625.00 |
| | SA | Work on issues regarding discovery | 0.60 300.00/hr | $180.00 |
| 4/13/2016 | AH | Work on and email letter to Attorney Mark Arndt | 0.10 | NO CHARGE |
| | SF | Draft letter to counsel regarding discovery disputes; continued review of file and legal research; conference with Attorney Scott Abdallah regarding same | 3.50 250.00/hr | $875.00 |
| | SA | Work on issues regarding ongoing discovery dispute; review and revise letter to Attorney Arndt regarding same | 1.10 300.00/hr | $330.00 |
| 4/20/2016 | SA | Telephone call with Attorney Arndt regarding discovery dispute | 0.10 300.00/hr | $30.00 |
| 4/25/2016 | SF | Review additional production from Progressive; review letter from Attorney Mark Arndt; conference with Attorney Scott Abdallah regarding same; telephone call to Attorney Mark Arndt with Attorney Scott Abdallah regarding same | 1.50 250.00/hr | $375.00 |
| | SA | Review letter from Attorney Arndt with enclosures regarding ongoing discovery issues; review file; legal research; telephone call with Attorney Arndt regarding discovery issues | 2.20 300.00/hr | $660.00 |
| 4/26/2016 | JP | Review email from opposing counsel's office regarding letter; email to Attorney Scott Abdallah and Attorney Shannon Falon regarding same | 0.10 95.00/hr | $9.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/26/2016 SF | Review Rule 16 Scheduling Order; conference with Attorney Scott Abdallah regarding same and Motion to Compel | 0.20<br>250.00/hr | $50.00 |
| 4/28/2016 SA | Work on discovery dispute issues; telephone call with Attorney Arndt regarding discovery dispute; letter to Attorney Arndt regarding same | 1.30<br>300.00/hr | $390.00 |
| SF | Conference with Attorney Scott Abdallah regarding work product case law | 0.20<br>250.00/hr | $50.00 |
| 4/29/2016 SF | Legal research on work product; revise letter to Attorney Mark Arndt regarding same | 0.20<br>250.00/hr | $50.00 |
| SA | Work on issues regarding discovery dispute | 0.30<br>300.00/hr | $90.00 |
| 5/2/2016 SF | Review letter from Attorney Mark Arndt regarding discovery disputes; review email from Attorney Mark Arndt regarding same | 0.20<br>250.00/hr | $50.00 |
| 5/3/2016 SF | Emails with Attorney Scott Abdallah and Attorney Mark Arndt regarding discovery issues; work on Motion to Compel; conference with Attorney Scott Abdallah regarding same | 1.00<br>250.00/hr | $250.00 |
| SA | Review letter and email from Attorney Arndt regarding discovery dispute; follow up regarding same; work on Motion to Compel | 0.80<br>300.00/hr | $240.00 |
| 5/4/2016 SF | Work on Brief in Support of Motion to Compel | 0.50<br>250.00/hr | $125.00 |
| 5/9/2016 SF | Work on Motion to Compel and Brief in Support of Motion | 3.50<br>250.00/hr | $875.00 |
| 5/10/2016 SF | Continued work on Motion to Compel and Brief in Support of same | 1.50<br>250.00/hr | $375.00 |
| 5/11/2016 SF | Continued work on Motion to Compel Discovery Responses and Brief in Support | 6.50<br>250.00/hr | $1,625.00 |
| SA | Work on issues regarding Motion to Compel | 0.70<br>300.00/hr | $210.00 |
| 5/12/2016 SF | Continued work on Motion to Compel and Brief in Support of Motion and Affidavit; conference with Attorney Scott Abdallah regarding same | 3.60<br>250.00/hr | $900.00 |
| SA | Review and revise Brief in Support of Motion to Compel; conference with Attorney Shannon Falon regarding same | 2.20<br>300.00/hr | $660.00 |
| 5/13/2016 JP | Work on Motion to Compel documents; conferences with Attorney Shannon Falon regarding same; mark exhibits; e-file same | 1.00<br>95.00/hr | $95.00 |
| 5/18/2016 SA | Work on issues regarding Dr. Segal | 0.30<br>300.00/hr | $90.00 |
| SLA | Locate all cases pertaining to Dr. Segal; research and review cases for Motion to Compel | 6.50<br>50.00/hr | $325.00 |
| 5/19/2016 SLA | Continued reviewing Dr. Segal's cases for Motion to Compel | 1.50<br>50.00/hr | $75.00 |
| 5/20/2016 SF | Review memo from Sydney Abdallah on Dr. Segal; emails with Attorney Scott Abdallah regarding same | 0.50<br>250.00/hr | $125.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2016 | SF | Review Defendant's Brief in Response to Motion to Compel; emails with Attorney Scott Abdallah regarding same; review case law | 1.50 250.00/hr | $375.00 |
| 6/7/2016 | SA | Review Defendant's Brief in Response to Motion to Compel; work on strategy regarding Reply | 0.70 300.00/hr | $210.00 |
| 6/10/2016 | SF | Review Attorney Scott Abdallah's comments on Defendant's Brief; legal research | 1.00 250.00/hr | $250.00 |
| 6/13/2016 | SF | Conference with Attorney Scott Abdallah regarding Reply Brief; emails with Attorney Scott Abdallah and Attorney Mark Arndt regarding same | 0.20 250.00/hr | $50.00 |
| | SA | Work on Extension regarding Reply Brief | 0.20 300.00/hr | $60.00 |
| 6/14/2016 | SF | Review Joint Motion for Extension; review Order granting same | 0.20 250.00/hr | $50.00 |
| | JP | Review emails from Attorney Scott Abdallah and Attorney Shannon Falon regarding Joint Motion to Extend; draft same for Attorney Scott Abdallah and Attorney Shannon Falon's review; email to Attorney Scott Abdallah and Attorney Shannon Falon regarding same; email to opposing counsel regarding same; review email from opposing counsel regarding same; e-file same | 0.40 95.00/hr | $38.00 |
| 6/15/2016 | JP | Review Order Extending Reply deadline | 0.10 95.00/hr | $9.50 |
| 6/30/2016 | SA | Review and respond to email from Court regarding hearing; conference with Attorney Shannon Falon regarding same | 0.20 300.00/hr | $60.00 |
| | JP | Review Order regarding Motion to Compel | 0.10 95.00/hr | $9.50 |
| | SF | Emails with Court regarding Oral Argument | 0.20 250.00/hr | $50.00 |
| 7/11/2016 | SF | Work on Reply Brief in Support of Motion to Compel | 1.00 250.00/hr | $250.00 |
| | SA | Work on strategy regarding Reply Brief | 0.40 300.00/hr | $120.00 |
| 7/12/2016 | SF | Work on Reply Brief in Support of Motion to Compel | 4.00 250.00/hr | $1,000.00 |
| | SA | Work on Reply Brief; telephone call with Attorney Lovrien regarding same | 1.40 300.00/hr | $420.00 |
| 7/13/2016 | SF | Work on Reply Brief | 2.00 250.00/hr | $500.00 |
| 7/15/2016 | SF | Continued work on Motion to Compel; emails with Attorney Scott Abdallah and Attorney Mark Arndt regarding production of employee Sharing Agreement | 5.00 250.00/hr | $1,250.00 |
| 7/17/2016 | SF | Work on Reply Brief in Support of Motion to Compel | 0.50 250.00/hr | $125.00 |
| 7/18/2016 | SF | Continued work on Reply Brief | 2.60 250.00/hr | $650.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/18/2016 | JP | Review emails from Attorney Scott Abdallah regarding upcoming hearing and documents; conferences with Attorney Shannon Falon regarding same; e-file same; review email from Attorney Shannon Falon regarding second counsel Affidavit; draft same for Attorney Shannon Falon's review | 2.20 95.00/hr | $209.00 |
| | SA | Review and revise Reply Brief; conference with Attorney Shannon Falon regarding strategy | 1.30 300.00/hr | $390.00 |
| 7/21/2016 | SF | Prepare for Oral Argument on Motion to Compel; argue Motion; review Employee Sharing Agreement | 3.00 250.00/hr | $750.00 |
| | SA | Prepare for hearing regarding Motion to Compel; attend hearing; follow up research same | 1.80 300.00/hr | $540.00 |
| | | For professional services rendered | 116.50 | $28,032.50 |
| | | SD 6.5% Tax/Time | | $1,822.11 |
| | | Total taxes | | $1,822.11 |
| | | Total amount of this bill | | $29,854.61 |
| | | Balance due | | $29,854.61 |