UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN HOFER,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY d/b/a PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>        Defendant. | CIV. #15-4181<br><br><br><br>**DEFENDANT'S MOTION TO DISMISS PROGRESSIVE NORTHERN INSURANCE COMPANY** |

　　　　United Financial Casualty Company ("United") moves this Court for an Order dismissing Progressive Northern Insurance Company as a named party to this litigation. United incorporates its Brief in Support of Defendant's Motion to Dismiss Progressive Northern Insurance Company, as well as the Affidavit of Defense Counsel in Support of Defendant's Motion to Dismiss Progressive Northern Insurance Company.

　　　　Dated this 17th day of April, 2017.

　　　　　　　　　　　　　　　　　　MAY & JOHNSON, P.C.


　　　　　　　　　　　　　　　　　　BY   /s/ *Mark J. Arndt*
　　　　　　　　　　　　　　　　　　　　　Mark J. Arndt
　　　　　　　　　　　　　　　　　　P.O. Box 88738
　　　　　　　　　　　　　　　　　　Sioux Falls, SD  57109-8738
　　　　　　　　　　　　　　　　　　(605) 336-2565
　　　　　　　　　　　　　　　　　　Fax: (605) 336-2604
　　　　　　　　　　　　　　　　　　marndt@mayjohnson.com
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing **Defendant's Motion to Dismiss Progressive Northern Insurance Company** was served through the Court's ECF system upon Scott A. Abdallah of Johnson, Janklow, Abdallah, Reiter & Parsons, LLP, P.O. Box 2348, Sioux Falls, SD 57101-2348, scott@janklowabdallah.com, attorney for Plaintiff, this 17th day of April, 2017.

      /s/ *Mark J. Arndt*
      Mark J. Arndt