UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN HOFER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY,<br><br>    Defendant. | CIV. #15-4181<br><br>**STIPULATION FOR ORDER OF DISMISSAL** |

The parties, by and through their counsel of record, hereby stipulate that the above referenced matter may be dismissed, upon its merits with prejudice, without costs or attorney fees being assessed to any party.

Dated this 25th day of September, 2017.

                                      JOHNSON, JANKLOW, ABDALLAH, BOLLWEG & PARSONS, LLL.P.

                                      By: _____
                                      Scott A. Abdallah
                                      Attorneys for Plaintiff
                                      P.O. Box 2348
                                      Sioux Falls, SD 57101-2348
                                      (605) 338-4304
                                      sabdallah@janklowabdallah.com

Dated this 26th day of September, 2017.

MAY & JOHNSON, P.C.

By _____
Mark J. Arndt
6805 South Minnesota Avenue, Suite 100
P.O. Box 88738
Sioux Falls, SD  57109-8738
(605) 336-2565
marndt@mayjohnson.com
Attorneys for Defendant
