UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| STEVEN HOFER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY,<br><br>　　　　　Defendant. | 4:15-CV-04181-KES<br><br><br>JUDGMENT OF DISMISSAL |

Under the parties' joint stipulation for dismissal (Docket 108), it is

ORDERED, ADJUDGED, and DECREED that the above-entitled action is dismissed with prejudice and without costs, expenses, or attorneys' fees awarded to any of the parties.

DATED this 26th day of September, 2017.

　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　/s/ *Karen E. Schreier*
　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE